**Order issued November 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-14-00020-CR
### No. 05-14-00021-CR

_____

**JOVANY ALBA, Appellant**

## V.

## THE STATE OF TEXAS, Appellee

---

# O R D E R

Before Justices Francis, Evans, and Stoddart

Based on the Court's opinion of this date, we **GRANT** the July 18, 2014 motion of Kathleen A. Walsh for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Kathleen A. Walsh as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Jovany Alba, TDCJ No. 1902729, Bartlett State Jail, 1018 Arnold Drive, Bartlett, Texas, 76511.

/ David Evans/
DAVID EVANS
JUSTICE